**SO ORDERED.**

**SIGNED this 11th day of August, 2010.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 13 |
| | § | |
| LUCIA CAMARILLO | § | |
| | § | |
| DEBTOR | § | CASE NO. 10-31039-LMC |

**AGREED ORDER
RESOLVING THE CITY OF EL PASO'S OBJECTION
TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

CAME ON FOR CONSIDERATION the City of El Paso's Objection to Confirmation of Debtor's Chapter 13 Plan, and the parties having announced to the Court that they have reached an agreement resolving the issues raised by the City of El Paso, the Court finds that the parties' agreement should be adopted as its Order. Therefore, it is

**ORDERED** that the City of El Paso's Objection to Confirmation of Debtor's Chapter 13 Plan is hereby deemed withdrawn as the Debtor's Chapter 13 Plan shall be incorporated with this Order to adequately provide for the City of El Paso's pre-petition proof of claim as a secured claim in the amount of $677.28 for tax years 2009 and prior for mobile home account number 0825-999-0243-0042; which amount shall be paid under the Debtor's confirmed Chapter 13 plan at the rate of

1

twelve percent (12%) per annum. It is further

      **ORDERED** that the Debtor shall pay the estimated year 2010 ad valorem tax debt direct to the City of El Paso in the ordinary course outside the Debtor's Chapter 13 plan for mobile home account number 0825-999-0243-0042.

###

Submitted by:

  /s/ Don Stecker
David G. Aelvoet
State Bar No. 00786959
Don Stecker
State Bar No. 19095300
**LINEBARGER GOGGAN**
**BLAIR & SAMPSON, LLP**
711 Navarro, Suite 300
San Antonio, TX 78205
(210) 225-4422 - *Telephone*
(210) 226-4308 - *Fax*

Attorney for the City of El Paso


Edgar J. Borrego
State Bar No. 00787107
Miguel A. Flores
State Bar No. 24036574
Sol M. Cortez
State Bar No. 24071080
**TANZY & BORREGO LAW OFFICES**
2610 Montana Avenue
El Paso, TX 79903
(915) 566-4300 - *Telephone*
(915) 566-1122 - *Fax*

Attorney for Debtor

2

twelve percent (12%) per annum. It is further

**ORDERED** that the Debtor shall pay the estimated year 2010 ad valorem tax debt direct to the City of El Paso in the ordinary course outside the Debtor's Chapter 13 plan for mobile home account number 0825-999-0243-0042.

###

Submitted by:

_____
David G. Aelvoet
State Bar No. 00786959
Don Stecker
State Bar No. 19095300
**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
711 Navarro, Suite 300
San Antonio, TX 78205
(210) 225-4422 - *Telephone*
(210) 226-4308 - *Fax*

Attorney for the City of El Paso

_____
Edgar J. Borrego
State Bar No. 00787107
Miguel A. Flores
State Bar No. 24036574
Sol M. Cortez
State Bar No. 24071080
**TANZY & BORREGO LAW OFFICES**
2610 Montana Avenue
El Paso, TX 79903
(915) 566-4300 - *Telephone*
(915) 566-1122 - *Fax*

Attorney for Debtor